

Villanova University School of Law Digital Repository

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-10-2012

# USA v. Keenan Quinn

Precedential or Non-Precedential: Precedential

Docket No. 11-1733

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Keenan Quinn" (2012). *2012 Decisions.* Paper 621.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/621

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-1733

UNITED STATES OF AMERICA

v.

KEENAN DANAN QUINN,

Appellant


Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 2-09-cr-00720-002)
District Judge: Hon. Petrese B. Tucker

Before: McKEE, *Chief Judge*, SLOVITER, SCIRICA, RENDELL,
AMBRO, FUENTES, SMITH , FISHER, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR. and VANASKIE, *Circuit Judges*.

ORDER

Pursuant to Third Circuit IOP 9.2, it is hereby ORDERED that the above-
captioned case is listed en banc at the convenience of the Court, to enable the Court to
reconsider the "effective defense theory of judicial immunity" doctrine first established
by this Court in *Government of the Virgin Islands v. Smith*, 615 F.2d 964 (3d Cir. 1980).

The parties are directed to electronically file supplemental briefs addressing this
issue as follows:

Appellant's  supplemental brief shall be filed within 30 days from the date
of this order and shall not exceed 15 pages or 7, 000 words;

1

Appellee's brief shall be filed within 30 days from the date of filing of appellant's supplemental brief and shall not exceed 15 pages or 7, 000 words;

Appellant's reply brief shall be filed within 14 days from the date of filing appellee's brief and shall not exceed 7 pages or 3,500 words.

The parties shall file 30 hard copies of the supplemental briefs.

In addition, the parties are hereby O R D E R E D to provide the Clerk within 14 days from the date of this order additional 30 hard copies of the briefs and 16 copies of the appendices previously filed in this appeal.

BY THE COURT:

/s/ Theodore A. McKee
Chief Judge

Dated: July 10, 2012

Tnh/cc:　　David L. Axelrod, Esq.
　　　　　　Edward C. Meehan, Jr., Esq.

2